1006

[No. 47179-1-I. Division One. November 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MATA-MATA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04734-4, Ronald Kessler, J., entered July 27, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47199-6-I. Division One. November 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY L. NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03884-1, Philip G. Hubbard, Jr., J., entered July 24, 2000. *Reversed* by unpublished per curiam opinion.

[No. 47323-9-I. Division One. November 5, 2001.]

WITTCO SYSTEMS, INC., *Appellant*, v. GENE JUAREZ SALONS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-27428-8, Linda Lau, J., entered August 15, 2001. *Reversed* by unpublished opinion per Webster, J., concurred in by Becker, A.C.J., and Ellington, J.

[No. 47399-9-I. Division One. November 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY T. BYE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01620-0, LeRoy McCullough, J., entered September 1, 2000. *Affirmed* by unpublished per curiam opinion.